**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
KAMALJIT BILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>KAMALJIT BILLEN,<br><br>      Defendant | ) Case No.: 2:15-CR-00015GEB<br>)<br>)<br>) **STIPULATION AND PROPOSED ORDER**<br>) **TO  CONTINUE STATUS CONFERENCE**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

GARLAND E. BURELL, JR AND PAUL HEMESATH, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, KAMALJIT BILLEN, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the Status Conference currently set for Friday, April

1, 2016 be continued to Friday, April 22, 2016.

   I am currently engaged in trial in the matter of People v. Castro; BF165926A, in Kern

County Superior Court, before the Honorable Kenneth Twisselman.  Mr. Castro is charged with

second degree murder.  Trial is anticipated to last until May 13, 2016.  However, the court will

be dark from April 11, 2016 through April 22, 2016.  I will be in Washington D.C. from April

11. 2016 through April 15, 2016 on business on behalf of the California State Bar, Committee of

Bar Examiners.  I am requesting that this matter be continued to Friday, April 22, 2016, for a change of plea.  I have spoken to AUSA Paul Hemesath, and he has no objection to continuing the status conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 3/29/16                              */s/ David A Torres*___
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            KAMALJIT BILLEN

DATED: 3/29/16                              */s/Paul Hemesath*_____
                                            PUAL HEMESATH
                                            Assistant U.S. Attorney

# ORDER

The Status Conference hearing is rescheduled to commence at 9:00 a.m. on April 22, 2016.

Dated:  March 30, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge